**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
HUGHENS JACQUES,

Plaintiff,

-against-

CHROMALLOY GAS TURBINE, INC.,

Defendant.
-------------------------------------------------------------x

**SCHEDULING ORDER**

25 Civ. 10139 (JCM)

The Court has scheduled a Status Conference for November 19, 2026 at 11:00 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 325.

Dated: November 9, 2026
White Plains, New York

**SO ORDERED:**

Judith C. McCarthy

JUDITH C. McCARTHY
United States Magistrate Judge